IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| JACKIE WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-98-G-0946-M |
| | ) | |
| SOUTHERN HEALTH PARTNERS, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTERED**
JUL 3 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 20, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim upon which relief may be granted and as frivolous pursuant to 28 U.S.C. § 1915A(b).[1]  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failure to state a claim upon which relief may be granted and

---

[1] The copy of the Report and Recommendation entered in this action mailed to the plaintiff at the address provided by him was returned to the court marked "Attempted-Not Known".

as frivolous pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

DATED this 2nd day of July, 2001.

J. FOY GUIN, JR.
UNITED STATES DISTRICT JUDGE

2